# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 3:19-CR-54 |
| v. | : | |
| | | (JUDGE MANNION) |
| ADAM KAMOR, | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Kamor's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 59)**, is **DENIED IN ITS ENTIRETY**.

2. The defendant is not entitled to an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: February 25, 2022
19-54-02-ORDER